UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-CV-00120-FDW-DSC

| | |
|---|---|
| MARILYN STERLING, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLINAS HEALTH SYSTEMS, )<br>INC. d/b/a CAROLINAS )<br>HEALTHCARE SYSTEM, and STEVEN )<br>A. SMITH, )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court sua sponte. The Court notes that the parties' Certification and Report of F.R.C.P. 26(f) Conference and Proposed Discovery Plan, (Doc. No. 4), was filed on March 15, 2013. The Certification states that the parties' Rule 26(f) conference was held on March 8, 2013, which is seven (7) days before the Certification was filed. This Court's Initial Scheduling Order [Entered pursuant to the Standing Order Governing Civil Case Management Before the Honorable Frank D. Whitney, Misc. No. 3:07-MC-47 (Doc. No. 2)] makes clear that the Certification is due "[w]ithin five (5) <u>calendar</u> days after the IAC[.]" (Misc. No. 3:07-MC-47 (Doc. No. 2-5, p. 8)) (emphasis in original). Accordingly, the parties are hereby WARNED that strict compliance with this Court's orders is expected as this case moves forward.

IT IS SO ORDERED.

Signed: March 18, 2013

*Frank D. Whitney*
Frank D. Whitney
United States District Judge