IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00120-FDW-DSC

| | |
|---|---|
| MARILYN STERLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLINAS HEALTH SYSTEMS, INC. D/B/A CAROLINAS HEALTHCARE SYSTEM, et. al. | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Plaintiff's Unopposed Motion to Substitute Party" (document # 9) filed April 8, 2013. For the reasons stated therein, the Motion is <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: April 8, 2013

David S. Cayer
United States Magistrate Judge