IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| MARILYN STERLING, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO: |
| | ) | 3:13-CV-00120-FDW-DSC |
| | ) | |
| CHARLOTTE-MECKLENBURG | ) | |
| HOSPITAL AUTHORITY | ) | |
| d/b/a CAROLINAS HEALTHCARE | ) | |
| SYSTEM, and STEVEN A. SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**THIS MATTER** is before the Court on Defendant Charlotte-Mecklenburg Hospital Authority's ("CMHA") "Motion for Entry of Order Setting a Deadline for Plaintiff to Comply …" (document #17).

For the reasons stated therein, the Motion is **GRANTED**. Plaintiff is **ORDERED** to comply with the Court's July 24, 2013 Order compelling production of medical records on or before September 20, 2013.

**SO ORDERED**.

Signed: September 16, 2013

David S. Cayer
United States Magistrate Judge